United States District Court
District of New York

Clarence McCollum
        Defendant,

v.

United States of America,
        Respondents.

Case No. CR14-00179(CBA)

MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)

The petitioner, CLARENCE McCOLLUM, by and through undersigned counsel pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782, for an order reducing his guideline range based on the 2014 retroactive Amendments to the drugs guidelines. Respectfully requests that this motion be granted and that the court grant me a sentence reduction in accordance with 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782. Projected release date is January 23 2018. While incarcerated Clarence McCollum has participated. I have my GED, I participated in the Drug program and I'm getting Psychiatric treatment. Accordingly, it is respectfully requested that his sentence be reduced by no less than 5 months to bring it from 68 to 63. Petitioner submits that any relief is totally at the sound discretion of the court. Additionally this petitioner has a sound and secure belief that this court can, Sua Sponte, issue relief where the Interests of Justice so require.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 31 2015 ★
BROOKLYN OFFICE

Clarence McCollum, Pro-se
Fed. Reg. # 82204-053
FCI-Fairton
P.O. Box - 420
Fairton, NJ 08320

Clarence McCollum
Fed. Reg. # 82204-053
F.C.I - Fairton - 420
Fairton, NJ 08320

August 23 2015

Clerk of Court
U.S. District Court
District of New York

RE: Date Stamp Received and or Filed and Return.

Dear Clerk;

If you could please be so kind as to date stamp received and or filed on the copy of the front page I have provided and place it in the self-addressed stamped envelope I have also provided. I will be eternally grateful. Thank you in advance and have a wonderful day.

Respectfully,
Clarence McCall
Clarence McCollum

SOUTH JERSEY NJ 081
25 AUG 2015 PM 5 L

Clarence McCollum - 822404053
Fenton Corr. Facility
Fenton New Jersey 08320
P.o. box 420

Theodore Roosevelt
United States Courthouse
225 Cadman Plaza East 1185
Brooklyn NY 11201-1818

Legal Mail

11201181803